IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWIN WAYNE JOYCE,            )
                              )
            Plaintiff,        )
                              )
     v.                       )     1:22-cv-741
                              )
MAURY CI                      )
                              )
            Defendant.        )

## ORDER

On September 13, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636. However, Plaintiff submitted letters requesting appointment of counsel, and to drop all his lawsuits.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted. In light of adopting the Recommendation and dismissing this action without prejudice, Plaintiff's letters requesting appointment of counsel, and to drop all his lawsuits will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the

proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's letters requesting appointment of counsel, and to drop all his lawsuits, (Docs. 4, 5), are **DENIED AS MOOT**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March, 2023.

_____William L. Osbun, Jr._____
United States District Judge